UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 03 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROLAND G. HARRIS, as beneficiary for the wrongful death in and violation of civil rights of deceased Jacob Michael Harris; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>CITY OF PHOENIX; et al.,<br><br>        Defendants - Appellees. | No. 22-16307<br><br>D.C. No. 2:20-cv-00078-DLR<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered October 12, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $42.60.

                                       FOR THE COURT:

                                       MOLLY C. DWYER
                                       CLERK OF COURT